# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 12-cv-00569-LTB-BNB

ALICIA EVANGELISTA,

    Plaintiff,

v.

WINDHAM PROFESSIONALS, INC., a Massachusetts corporation,

    Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 6 - filed March 28, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: March 29, 2012